UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

IRMON C. WILLIAMS,

        Plaintiff,                                    Case No. 2:09-CV-177

v.                                                       Hon. Gordon J. Quist

ZITA WISE, et al.,

        Defendants.

_____/

# ORDER ADOPTING
# REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy P. Greeley's Report and Recommendation issued on July 30, 2013, recommending that the Court dismiss Plaintiff's complaint in its entirety for failure to prosecute. *See* Fed. R. Civ. P. 41(b). The Report and Recommendation was duly served on Plaintiff by mail on July 30, 2013. No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 30, 2013 (docket no. 156), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's complaint is dismissed in its entirety, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

This case is **concluded**.


Dated: August 21, 2013                                    /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                UNITED STATES DISTRICT JUDGE